


Attachment A